# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLI VANDERBEKE, et al. | |
| Plaintiffs, | Case No. 2:11-CV-01651-KJD-GWF |
| v. | **ORDER** |
| BRYANT, INC., *et al.*, | |
| Defendants. | |

On February 14, 2012, the Court notified Plaintiffs of its intent to dismiss Defendant Nicole Starr pursuant to Fed. R. Civ. P. 4(m) unless Plaintiffs filed proper proof of service by March 15, 2012. Plaintiffs have not filed proof of service as to Defendant Nicole Starr. Accordingly, she is dismissed from this action.

The last action taken by Plaintiffs in this matter was filing a Notice (#6) of intent to take default on February 13, 2012, almost 5 months ago. Plaintiffs are ordered to file a status report on or before August 27, 2012 indicating why they have failed to take any other action in this matter. Failure to file a status report will result in dismissal of this action for failure to prosecute.

Accordingly, **IT IS HEREBY ORDERED** that Defendant Nicole Starr is **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that Plaintiffs file a status report on or before August 27, 2012.

DATED this 9th day of August 2012.

_____
Kent J. Dawson
United States District Judge