UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KELLI VANDERBEKE, *et al.*,

    Plaintiffs,

v.

BRYANT, INC., *et al.*,

    Defendants.

Case No. 2:11-CV-01651-KJD-GWF

**ORDER**

    Before the Court is Defendant Bryan, Inc.'s "Request to Deny Entry of Clerk's Default" (#12). Plaintiffs have filed an opposition (#11).

    Larry Bryant, a non-attorney who is the qualified manager of Bryant, Inc d/b/a Nevada Professional Collections, filed this request seeking to set aside the Clerk's Entry of Default (#9). According to Mr. Bryant, the Complaint was not properly served.

    A corporation cannot appear in this Court unless it is represented by licensed counsel. See U.S. v. High Country Broad. Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993). Further, it appears service upon Bryant, Inc. via a person of suitable age at the address of its registered agent was proper. Accordingly **IT IS HEREBY ORDERED** that Bryant, Inc.'s Request to Deny Entry of Clerk's Default (#12) is **DENIED**.

    DATED this 7th day of September 2012.

_____
Kent J. Dawson
United States District Judge