MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLI VANDERBEKE, an individual, and RICHARD VANDERBEKE,<br><br>Plaintiffs,<br><br>vs.<br><br>BRYANT, INC., a Nevada corporation, doing business as Nevada Professional Collections, and NICOLE STARR, an individual,<br><br>Defendants. | Case No.: 2:11-cv-1651<br><br>**DEFAULT JUDGMENT** |

An Application for Entry of Default Judgment having been duly made by Plaintiffs, KELLI VANDERBEKE and RICHARD VANDERBEKE, for a judgment against Defendant, BRYANT, INC, and the default of said Defendant having been duly entered for Defendant's failure to answer or otherwise defend as to the complaint of Plaintiffs, and it appearing that said Defendant is not in the military service of the United States and is not an infant or incompetent person, and good cause appearing therefore,

IT IS THEREFOR ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiffs, KELLI VANDERBEKE and RICHARD VANDERBEKE, and against Defendant, BRYANT, INC, and that said Defendant do pay the Plaintiff the following amounts:

1. Plaintiff's actual damages in the amount of $2,500;
2. statutory damages in the amount of $1,000.00;

3. damages to be trebled pursuant to Nevada Revised Statutes Chapter 589;

4. costs of suit in the amount of $457.32; and

5. attorney's fees in the amount of $2,810.00,

For a total Judgment in favor of Plaintiffs, KELLI VANDERBEKE and RICHARD VANDERBEKE, and against Defendant, BRYANT, INC, in the amount of **eleven thousand seven hundred sixty seven dollars and thirty two cents ($11,767.32),** all to bear interest at the statutory rate from date of entry of this Judgment until paid in full, plus damages on all profits derived from Defendant's engagement in the deceptive trade practice of operating without the required licenses, to be determined at a later date based on proof.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Judgment shall be considered a final Judgment for all purposes.

FOR WHICH SUMS LET EXECUTION ISSUE.

DATED this 7th day of January 2013.

_____
United States District Judge

Respectfully Submitted By:

THE BOURASSA LAW GROUP, LLC

**/s/ MARK J. BOURASSA, ESQ.**
MARK J. BOURASSA, ESQ., #7999
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **DEFAULT JUDGMENT** was electronically filed this $\underline{3^{RD}}$ day of January 2013, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this $\underline{3^{RD}}$ day of January 2013 as follows:

Bryant, Inc.
930 S. 3rd St., Suite 300
Las Vegas, NV 89101

        **/s/ KRISTI BOURASSA**
An employee of the
The Bourassa Law Group, LLC

- 3 -